**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| *In re: Furniture Mart, USA, Inc.* *Data Breach Litigation* | ) ) ) ) ) | Case No. 4:25-cv-04018-RAL |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Christine Logan, Gabriel Hilmar, Brody Schaffer, and Austin Hinkle (collectively, "Plaintiffs"), individually and on behalf of the putative class, move pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (e) for an Order: (i) granting preliminary approval of the proposed Settlement; (ii) preliminarily certifying a class for purposes of Settlement; (iii) appointing Plaintiffs as Class Representatives; (iv) appointing William B. Federman of Federman & Sherwood and Leigh S. Montgomery of Ellzey Kherkher Sanford Montgomery, LLP as Class Counsel; (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (vi) directing that notice be given to the Settlement Class; (vii) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service awards to Plaintiffs; and (viii) granting such other relief and further relief as the Court deems just and proper.

Defendant does not object to the relief sought by Plaintiffs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and its exhibits thereto, including the Settlement Agreement and Release; the Joint Declaration of Class

Counsel in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; and all prior pleadings and proceedings properly before the Court.

Dated: May 1, 2026

Respectfully Submitted

*/s/: Brett Waltner*
Brett Waltner
**MYERS BILLION, LLP**
Shriver Square
230 South Phillips Avenue
Suite 300
P.O. Box 1085
Sioux Falls, South Dakota 57104
Tel: (605) 336-3700
***Local Counsel for Plaintiffs and the Class***

Leigh S. Montgomery (admitted *pro hac vice*)
**ELLZEY KHERKHER SANFORD MONTGOMERY, LLP**
4200 Montrose Blvd., Ste. 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
lmontgomery@eksm.com

William B. Federman
(admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS